IN THE SUPREME COURT OF TENNESSEE

AT JACKSON

NOT FOR PUBLICATION

**Filed:  September 9, 1996**

CHARLES M. CARY, JR.,                  )
                                       )      Hardeman Law
          Appellant,                   )
                                       )
VS.                                    )      No. 02S01-9505-CV-00035
                                       )
CATHY ANN CARY,                        )
                                       )
          Appellee,                    )

FILED

September 9, 1996

**Cecil Crowson, Jr.**
Appellate Court Clerk

ORDER

Upon consideration of the appellant's motion to amend the judgment to delete the award of attorney fees, the Court concludes that the motion is without merit and should be denied.  It is so ORDERED.

PER CURIAM